**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WHITE'S EXCAVATING, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 07-5991 GW (SSx)<br><br>ASSIGNED TO THE HONORABLE GEORGE H. WU<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Pro. 55(b)(2)]<br><br>DATE: June 15, 2009<br>TIME: 8:30 a.m.<br>CTRM: 10 |

Plaintiffs' motion for default judgment came on regularly for hearing on June 15, 2009, in the above-referenced Court, the Honorable George H. Wu, United States District Judge, presiding. Appearances were stated on the record.

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating

1 | Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-
2 | Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall
3 | recover from defendant White's Excavating, Inc., a California corporation, the principal
4 | amount of $98,825.76, attorney's fees in the amount of $30,424.75, and court costs in
5 | the amount of $2,164.04 plus post-judgment interest as provided by law from the date of
6 | entry of the judgment herein.

Dated: June 8, 2009

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Dated:  June 4, 2009          LAQUER URBAN CLIFFORD & HODGE LLP


By: /s/ Denise E. Carter
    Denise E. Carter
Attorney for Plaintiffs, Trustees of the Operating
Engineers Pension Trust Fund, et al.

- 2 -
[PROPOSED] JUDGMENT

213522.1